ACCEPTED
03-15-00116-CR
6932118
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/15/2015 1:44:11 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00116-CR

COURT OF APPEALS

FOR THE

AUSTIN SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/15/2015 1:44:11 PM
JEFFREY D. KYLE
Clerk

CHRISTOPHER QUINN RIVERA,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

APPEAL FROM
THE 428TH JUDICIAL DISTRICT COURT
HAYS COUNTY, TEXAS
TRIAL COURT CAUSE NO. CR-14-0448

**MOTION FOR LEAVE TO FILE UNTIMELY APPELLEE'S BRIEF**

John Couch
Asst. Criminal District Attorney
712 S. Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
Ph: (512) 393-7600 / Fax: (512) 393-2246
State Bar No. 24048407
john.couch@co.hays.tx.us
Attorney for the State of Texas

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Now comes Appellee, the State of Texas, and files this Motion for Leave to File an Untimely Appellee's Brief, and in support states the following:

1. Appellee's Brief was due on September 8, 2015.

2. This Motion is not sought for delay, but so justice may be served.

3. For the foregoing reason, the undersigned attorney hereby requests leave to untimely file this Appellee's Brief pursuant to Texas Rules of Appellate Procedure, Rule 38.6, which provides modifications of filing time.

Respectfully submitted,

John Couch
Asst. Criminal District Attorney
712 S. Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
Ph: (512) 393-7600 / Fax: (512) 393-2246
State Bar No. 24048407
john.couch@co.hays.tx.us
Attorney for the State of Texas

# CERTIFICATE OF SERVICE

I certify that on _September 15_, 2015, I served the above motion by email to Rickey D. Jones at rickey@satx.rr.com, in accordance with the Texas Rules of Appellate Procedure.

On this the 15th day of September, 2015.

John Couch
Asst. Criminal District Attorney